UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21559-Civ-COOKE/WHITE
(13-60236-Cr-COOKE)

DAVID TIER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On February 26, 2016, Judge White issued a Report of Magistrate Judge (ECF No. 9) recommending that: (i) David Tier's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1) be denied; (ii) a certificate of appealability be denied; and (iii) his case be closed.

Movant David Tier filed his Objection to the Report of the Magistrate Judge on March 23, 2016. I have considered Judge White's Report of Magistrate Judge, Mr. Tier's Objections, and have made a *de novo* review of the record. I find Judge White's Report of Magistrate Judge clear, cogent, and compelling.

Therefore, it is hereby **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 9) is **AFFIRMED and ADOPTED**. Movant David Tier's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Movant has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims

or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 30th day of March 2016.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*David Tier*, pro se
*Counsel of Record*